391 P.3d 1236

**STATE of Hawai'i, Respondent/Plaintiff–Appellant/Cross–Appellee,**

v.

**Chester PACQUING, Petitioner/Defendant–Appellee/Cross–Appellant.**

**SCAP–14–0001205**

Supreme Court of Hawai'i.

Honolulu, Hawai'i, January 18, 2017.

(By: Recktenwald, C.J., Nakayama, McKenna, and Pollack, JJ., and Circuit Judge Nishimura, in place of Wilson, J., recused)

<u>ORDER DENYING MOTION FOR RECONSIDERATION</u>

Upon consideration of Petitioner/Defendant–Appellee/Cross–Appellant Chester Pacquing's motion for reconsideration, filed on January 9, 2017, the papers in support thereof, and the records and files herein,

IT IS HEREBY ORDERED that the motion is denied.

■

391 P.3d 1236

**STATE of Hawai'i, Respondent/Plaintiff–Appellee,**

v.

**Scott YANG, Petitioner/Defendant–Appellant.**

**SCWC–12–0000588**

Supreme Court of Hawai'i.

March 20, 2017.

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS, (CAAP–12–0000588; CR. NO. 10–1–0899)

<u>SUMMARY DISPOSITION ORDER</u>

Vacate. Remand.